**Electronically Filed
Supreme Court
SCWC-30467
12-JUL-2013
02:31 PM**

SCWC-30467

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DONNA THOMAS, Petitioner/Plaintiff-Appellant,

vs.

GERALD C. STERNS; STERNS, WALKER & LODS; GERALD C. STERNS, PROFESSIONAL CORPORATION; STERNS AND WALKER, A PARTNERSHIP, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30467; CIV. NO. 09-1-0276)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the Application for Writ of Certiorari by Plaintiff-Appellant Donna Thomas,

IT IS HEREBY ORDERED that the application is deemed rejected as of July 10, 2013. See HRS § 602-59(c).

DATED: Honolulu, Hawai'i, July 12, 2013.

David J. Gierlach
and Candace Kwon,
for petitioner

Kenneth S. Robins,
John-Anderson L. Meyer,
and Sergio Rufo,
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

